IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Plaintiff(s) | ) ) ) ) ) |
| v. | ) Civil Action No. |
|  | ) ) ) ) ) |
| Defendant(s) | ) |

## REPORT OF NEUTRAL

A _____ session was held in the above captioned matter on _____.

The case (please check one):
 \_\_\_\_\_ has resolved
 \_\_\_\_\_ has resolved in part (see below)
 \_\_\_\_\_ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within \_\_\_\_\_ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____
_____

Dated: _____        _____
                                Signature of Neutral

Rev. 09/11