**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TIFFANY L. POLLITT, and | ) | |
| BRIAN C. CAMP, SR., individually and | ) | |
| as Administrator of the Estate of BRIAN | ) | |
| C. CAMP, JR. | ) | |
| | ) | |
| *Plaintiffs*, | ) | Civil Action No. 1:13-cv-00082 |
| | ) | |
| v. | ) | |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | Hon. Terrence F. McVerry |
| MOHAMMAD ALI, M.D., | ) | United States District Judge |
| THERESA PATASKI, LPN, | ) | |
| JENNIFER HARR, LPN, | ) | |
| DENISE LAYTON, LPN, | ) | |
| BARBARA CURRIER, RN, | ) | |
| DONALD GRAHAM, CRNP, and | ) | |
| ED  POLESKI, LPN | ) | |
| | ) | |
| *Defendants*. | ) | **JURY TRIAL DEMANDED** |

## ORDER

AND NOW, to-wit, this _13th_ day of February, 2015, upon consideration of Plaintiffs'

Petition for Court Approval of Settlement, it is hereby ORDERED that said Petition be

GRANTED.

It is further ORDERED that the terms of the settlement as set forth in Plaintiffs' Petition

are APPROVED by this Honorable Court pursuant to 20 Pa.C.S. § 3323.

BY THE COURT:


s/ Terrence F. McVerry
_____, J.
Hon. Terrence F. McVerry